**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-2451**

─────────────

DORA L. ADKINS,

        Plaintiff - Appellant,

    v.

ROSSLYN SYNDICATE, LC,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:25-cv-02117-RDA-WEF)

─────────────

Submitted:  March 26, 2026                    Decided:  March 30, 2026

─────────────

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Dora L. Adkins, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's orders denying her motion for leave to file a proposed emergency complaint, denying as moot her motion to expedite, denying her motion for an emergency injunction, cancelling a noticed hearing, and denying her motion for leave to file a proposed emergency amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Adkins v. Rosslyn Syndicate, LC*, No. 1:25-cv-02117-RDA-WEF (E.D. Va. Dec. 3 & 10, 2025).

Additionally, based on the numerous meritless appeals Adkins has pursued in this court, we previously warned her that further meritless or frivolous appeals could result in the court ordering her to show cause why it should not impose a prefiling injunction or other sanctions against her. *See Adkins v. Marriott Int'l, Inc.*, No. 25-2427, 2026 WL 498089, at *1 (4th Cir. Feb. 23, 2026); *Adkins v. Driftwood Special Servicing, LLC*, No. 25-2338, 2026 WL 226886, at *1 (4th Cir. Jan. 28, 2026); *Adkins v. TW Tyson Corner LLC*, No. 25-2050, 2025 WL 3777055, at *1 (4th Cir. Dec. 30, 2025); *Adkins v. Xenia Hotels & Resorts, Inc.*, No. 25-2021, 2025 WL 3459774, at *1 (4th Cir. Dec. 2, 2025); *Adkins v. Best Buy Co.*, No. 25-2015, 2025 WL 3459773, at *1 (4th Cir. Dec. 2, 2025); *Adkins v Ur Smile Dental, P.C.*, No. 25-2014, 2025 WL 3451549, at *1 (4th Cir. Dec. 1, 2025). Adkins has not heeded these warnings. Upon review of the instant appeal and Adkins' litigation history in this court, we order her to show cause why this court should not impose a prefiling injunction or other sanctions-including monetary sanctions-against her. We direct Adkins to respond to this order to show cause no later than 30 days after the date of this opinion.

2

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*